AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:18-MJ-00556 | Date and time warrant executed: 10/31/2018; 8:14 AM | Copy of warrant and inventory left with: on table @ location |
| Inventory made in the presence of: Special Agent Michelle Palmer | | |

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See attached inventory.

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 10/31/2018

Executing officer's signature

Samantha Kelley, special agent
Printed name and title



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

**CASE NUMBER:** 17 - LAC - 715 - 0257
**DATE OF SEARCH:** 10/31/2018    **START TIME:** 8:14AM    **END TIME:** 4:45PM
**SITE ADDRESS:** Town Center Business Park 10430 Pioneer Blvd., Unit 3 Santa Fe Springs, CA 90670

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | Box of Rhino finished product |
| 2 | 1 | Plastic jar of water based monogramming ink OPACODE WB |
| 3 | 1 | Bag of numerous blister packs containing (pink, yellow, blue, green, gold) capsules |
| 4 | 1 | Bag of multi-color loose pills in plastic bag. |
| 5 | 1 | Bag of 10 empty blister packs |
| 6 | 1 | Bag of loose red capsules in ziplock bag located in a box |
| 7 | 1 | Box containing Exten 2100 3D cards |
| 8 | 1 | Box of Tiger 12000 |
| 9 | 1 | Box Macho Man packaging |
| 10 | 1 | Box Rhino double packaging |
| 11 | 1 | Box of Burro 2 en Primavera packaging |
| 12 | 1 | Box of Boss Lion packaging |
| 13 | 1 | Box FX 9000 |
| 14 | 1 | Box Boss Lion packaging |
| 15 | 1 | Box of Mens Pride |
| 16 | 1 | Box Sex bomb packaging |
| 17 | 1 | Box Light Blue Caps |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 18 | 1 | Box Vigozen |
| 19 | 1 | Box of Powder Mixer - Location P Box stacked on pallet |
| 20 | 1 | Box of Rinoceronte - 1200 pcs cards |
| 21 | 1 | Box of Spanish Fly (maroon, black, green pink gloss packaging |
| 22 | 1 | Box containing "Rhino 8" numerous boxes containing capsules. |
| 23 | 1 | Box containing "Rhino 8" numerous boxes containing capsules. |
| 24 | 1 | Box containing "Rhino 7" numerous boxes containing capsules. |
| 25 | 1 | Box containing "Rhino 7" numerous boxes containing capsules. |
| 26 | 1 | Large Box of Rhino Finished products |
| 27 | 1 | Large Box of Rhino Finished Product |
| 28 | 1 | Large Box of Rhino Finished Product |
| 29 | 1 | Large Box of Rhino Finished Product |
| 30 | 1 | Large Box of Rhino Finished Product - Location S on floor pallet |
| 31 | 1 | Large Box of Rhino Finished Product |
| 32 | 1 | Large Box of Rhino Finished Product |
| 33 | 1 | Large Box of Love X Finished Product |
| 34 | 1 | Large Box of Love X Finished Product |
| 35 | 1 | Large Box of Rhino Finished Product |



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
| --- | --- | --- |
| 36 | 1 | Large Box of Rhino Finished Product |
| 37 | 1 | Large Box of Various Finished Product |
| 38 | 1 | Large Box of Various Finished Product PVP, Power Zen #7, Power Orgazen |
| 39 | 1 | Large Box of Rhino 8 Finished Product |
| 40 | 1 | Large Box of Rhino 8 Finished Product |
| 41 | 1 | Large Box of Love X Finished Product |
| 42 | 1 | Large Box of Vigo Zen Finished Product |
| 43 | 1 | Large Box of Love X Finished Product |
| 44 | 1 | Large Box of Power King Finished Product |
| 45 | 1 | Large Box of Xpulse, Rhino 69 XXL Ant, Orgazen Finished Product |
| 46 | 1 | Large Box containing Spanish Fly, Rhino 25/12, Boss Lion, Casannova, Rhino 88/69/11/12, Black Stallion |
| 47 | 1 | Large Box containing Rhino 7, Rhino 69, Rhino 12, Tiger |
| 48 | 1 | Large Box containing Finished Product Grand X, Casanova, Happy Time, Black Stallion, XXL Ant |
| 49 | 1 | Large Box containing Finished Product Climax, Ing Kung, Casanova, Orgazen |
| 50 | 1 | Large Box containing Finished Product Climax, Plus Xten |
| 51 | 1 | Large Box containing Finished Product Giant, Power Zen, Genises |
| 52 | 1 | Box containing unknown number of boxes which contains "X Pulse 5000" Capsules |
| 53 | 1 | Box containing unknown number of boxes which contains "Rhino 8" Capsules |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 54 | 1 | Large box containing King Kung Finished Product |
| 55 | 1 | Large box containing King Kung Finished Product |
| 56 | 1 | Large box containing King Kung Finished Product |
| 57 | 1 | Large box containing King Kung Finished Product |
| 58 | 1 | Large box containing "Rhino 7" unknown number of boxes containing capsules |
| 59 | 1 | Large box containing "King Kung" unknown number of boxes containing capsules |
| 60 | 1 | Large box containing "King Kung" unknown number of boxes containing capsules |
| 61 | 1 | Large box containing "Climax 5000" unknown number of boxes containing capsules |
| 62 | 1 | Large box containing "Love Zen" unknown number of boxes containing capsules |
| 63 | 1 | Large box containing "Rhino 7" unknown number of boxes containing capsules |
| 64 | 1 | Large box containing "Mens Pride" unknown number of boxes containing capsules |
| 65 | 1 | Large box containing "King Kung" unknown number of boxes containing capsules |
| 66 | 1 | Box containing Rhino Finished Product |
| 67 | 1 | Box containing Vigo zen finished product |
| 68 | 1 | Box containing Rhino 7 finished product |
| 69 | 1 | Box containing Rhino 7 finished product |
| 70 | 1 | Box containing Rhino finished product |
| 71 | 1 | Large box of KK Blue - Location S (Item found by H. Yang) |

OCI Form 4200



# U.S. FOOD AND DRUG ADMINISTRATION
## OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 72 | 1 | Box containing Rhino 8 finished product |
| 73 | 1 | Box containing Rhino 8 finished product |
| 74 | 1 | Box of KK Silver finished product |
| 75 | 1 | Box of King Kung Red finished product |
| 76 | 1 | Box of KK Blue finished product |
| 77 | 1 | Box of Power King finished product |
| 78 | 1 | Box of Power King finished product |
| 79 | 1 | Box of King Kung finished product |
| 80 | 1 | Box of Burro Power 30000 packaging |
| 81 | 1 | Box containing Libi Max Plus packaging |
| 82 | 1 | Box containing of FX 12000 packaging |
| 83 | 1 | Box containing of Alien Power packaging Location Q Pallet (Item found by SA S. Nelson |
| 84 | 1 | Box containing of Goriagra XXX packaging |
| 85 | 1 | Box containing Anaconda packaging |
| 86 | 1 | Box containing Black Monster Lion packaging |
| 87 | 1 | Box containing Two More Knights packaging |
| 88 | 1 | Box containing EMOJO XXX packaging |
| 89 | 1 | Box containing EXTEN Zen packaging |



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 90 | 1 | Box containing MVP packaging |
| 91 | 1 | Box containing Power Zen packaging |
| 92 | 1 | Box containing King Kung packaging |
| 93 | 1 | Box containing Spanish Fly Black gloss packaging |
| 94 | 1 | Box containing Star 7 5000 packaging |
| 95 | 1 | Box containing Dragon 69 packaging |
| 96 | 1 | Box containing Happy Time packaging |
| 97 | 1 | Box containing Love X packaging |
| 98 | 1 | Box containing FX packaging |
| 99 | 1 | Large Box of empty hard capsules |
| 100 | 1 | Box containing Libi grow 10000 packaging |
| 101 | 1 | Box containing "Wolf 12000" packaging |
| 102 | 1 | Box containing "Black Mamba" packaging |
| 103 | 1 | Box containing Gentlemen and 3 Bullets packaging |
| 104 | 1 | Box containing Orga Zen Gold 5800 packaging |
| 105 | 1 | Box containing King Kung packaging |
| 106 | 1 | Box containing Rhino 69 packaging |
| 107 | 1 | Box containing Burro en Primavera packaging |

OCI Form 4200



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

# INVENTORY OF ITEMS SEIZED

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 108 | 1 | Box containing Jaguar 3D Cards packaging |
| 109 | 1 | Box containing Stag 15000 packaging |
| 110 | 1 | Box containing Rhino 25 8000 packaging |
| 111 | 1 | Box containing Black Stallion 12000 packaging |
| 112 | 1 | Box containing Spanish Fly packaging |
| 113 | 1 | Box containing Rhino 200K packaging |
| 114 | 1 | Box containing Rhino 07 cards packaging |
| 115 | 1 | Box containing Loco Rhino packaging |
| 116 | 1 | Box containing Rhino 8 200K packaging |
| 117 | 1 | Box containing Rhino 12 200K packaging |
| 118 | 1 | Box containing Loco Rhino 1200 packaging |
| 119 | 1 | Box containing Rhino 25 200K packaging |
| 120 | 1 | Box containing Supreme Zen packaging |
| 121 | 1 | Box containing Rhino 7 packaging S |
| 122 | 1 | Box containing Spanish Fly Green packaging |
| 123 | 1 | Box containing New MV7 Days 3500 packaging |
| 124 | 1 | Box containing Rhino 69 packaging |
| 125 | 1 | Box containing Stag 15000 packaging |



U.S. FOOD AND DRUG ADMINISTRATION
OFFICE OF CRIMINAL INVESTIGATIONS

## INVENTORY OF ITEMS SEIZED

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 126 | 1 | Box containing Rhino 11 500K packaging |
| 127 | 1 | Box containing Empty Blister shell packaging |
| 128 | 1 | Box containing Black Stallion packaging - Location G Shelf 2 |
| 129 | 1 | Box containing Green Power packaging |
| 130 | 1 | Box containing Sexy Lady packaging |
| 131 | 1 | Box containing X-Plus 5000 packaging |
| 132 | 1 | Box containing 3KO Gold XT packaging |
| 133 | 1 | Box containing ACE packaging |
| 134 | 1 | Box containing PS Bottle capsule to hold tablet packaging |
| 135 | 1 | Aluminum foil in box |
| 136 | 1 | Box containing PS Bottle capsule to hold tablet packaging |



**U.S. FOOD AND DRUG ADMINISTRATION**
**OFFICE OF CRIMINAL INVESTIGATIONS**

## INVENTORY OF ITEMS SEIZED

**CASE NUMBER:** 17 - LAC - 715 - 0257
**DATE OF SEARCH:** 10/31/2018   **START TIME:** 8:14AM   **END TIME:** 4:45PM
**SITE ADDRESS:** Town Center Business Park 10430 Pioneer Blvd., Unit 3 Santa Fe Springs, CA 90670

| ITEM # | QTY | DESCRIPTION OF EVIDENCE |
|---|---|---|
| 1 | 1 | Large bag of Financial/Bank/Misc. docs |
| 2 | 1 | Bag of Estimate sheets, UPS labels, Hasim Supply Inventory, paper order form, designs materials |
| 3 | 1 | Bag containing Hasim Summer capsule Invnetory. |
| 4 | 1 | Envelope of misc. papers with quantity #'s for blister pack and pills. - Location D and E in box under shelf on table. (Items found by SA S. Kelley) |

OCI Form 4200

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 334D-LA-2231865

On (date): 10-31-18

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): 

(Street Address): 10430 Pioneer Blvd. Santa Fe Springs, CA

(City): SANTA FE SPRINGS, CA

Description of Item(s):

(1) Tablet & capsule printer machine
(1) Blister pack encapsulation machine SJN

Received By: (Signature)

Printed Name/Title: SA Brent James

Received From: (Signature)

Printed Name/Title: